# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PATRICIA A. GEARING HILL,

    Plaintiff,

v.                                                  Case No. 6:20-cv-228-WWB-GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 26). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 28), in which he recommends that the Motion be granted. The parties filed a Joint Statement in Response to the Report and Recommendation (Doc. 29), in which they state there are no objections.

After a de novo review of the record, and noting there are no objections, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 26) is **GRANTED**.

3. Richard A. Culbertson is authorized to charge Plaintiff an additional $5,000 in attorney's fees.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on January 5, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record